

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-23-00285-CR

---

Ex Parte Wilmer Ramos-Morales, Appellant

---

On Appeal from the County Court
Kinney County, Texas
Trial Court No. 10843CR

---

## JUDGMENT

The Court has considered this cause on State's motion to dismiss the appeal and concludes the motion should be granted. We dismiss the appeal as moot.

IT IS SO ORDERED this 15th day of September 2025.

LISA J. SOTO, Justice

Before Salas Mendoza C.J., Palafox and Soto, JJ.